

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:         01-13-00730-CV

Style:         Thomas Florence

         **v** Zack Shelly, Zack's Auto Sales, and Wanette Florence

Date motion filed[*]:         January 6, 2014

Type of motion:         Motion For Leave of Court to File Exhibits/Evidence

Party filing motion:         Appellant

Document to be filed:

Is appeal accelerated?         No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:         Current Due date:

    Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☑    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐    Other: _____

Judge's signature:    <u>/s/ Jane Bland</u>
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  <u>January 14, 2014</u>

November 7, 2008 Revision